# APPEALS ACCEPTED FOR REVIEW

**2006–1689.   State v. Price.**
Montgomery App. No. 21370, 2006-Ohio-3856.

MOYER, C.J., PFEIFER and LANZINGER, JJ., dissent.

**2006–1943.   Hall v. Mem. Hosp. of Union Cty.**
Union App. No. 14–06–03, 2006-Ohio-4552. Discretionary appeal accepted on Proposition of Law No. II; cause held for the decision in 2006–1528 and 2006–1589, *Hubbell v. Xenia,* Greene App. No. 2005 CA 99, 2006-Ohio-3369; and briefing schedule stayed.

MOYER, C.J., and LUNDBERG STRATTON, J., would also accept the appeal on Proposition of Law No. III.

PFEIFER and LANZINGER, JJ., dissent.

CUPP, J., not participating.

**2006–2029.   Stewart v. Lake Cty. Historical Soc., Inc.**
Lake App. No. 2004–L–164, 2006-Ohio-4822. Discretionary appeal accepted on Proposition of Law Nos. I and III; cause held on Proposition of Law No. III only for the decision in 2006–0189, *Uddin v. Embassy Suites Hotel,* Franklin App. No. 04AP–754, 2005-Ohio-6613; and briefing schedule stayed as to Proposition of Law No. III.

MOYER, C.J., STRATTON and CUPP, JJ., would also accept the appeal on Proposition of Law No. II.

O'DONNELL, J., would accept the appeal on Proposition of Law No. III only.

PFEIFER and LANZINGER, JJ., dissent.